Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-5270
Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| **No** | **URL** | **Name / Seller Alias** |
| 1 | baoximan2020.en.alibaba.com | Shenzhen Baoximan Technology Co., Ltd. |
| 2 | biksonshop.en.alibaba.com | Guangzhou Bikson Electronic Technology Co., Ltd. |
| 3 | boyanfur.en.alibaba.com | Hebei Boyan Fur Co., Ltd |
| 4 | brashine.en.alibaba.com | Shenzhen Shanen Electronic Commerce Co., Ltd. |
| 5 | chengyuan88.en.alibaba.com | Dongguan Chengyuan Industry Investment Co., Ltd |
| 6 | cntianblong.en.alibaba.com | Quanzhou Taiwanese Investment Zone Tianbulong Shoe Processing Plant |
| 7 | crktop01.en.alibaba.com | Sweetwoo (xiamen) International Trade Co., Ltd. |
| 8 | events.en.alibaba.com | Fujian Events Trading Co., Ltd |
| 9 | fjjunyu.en.alibaba.com | Quanzhou Junyu Clothing Co., Ltd. |
| 10 | foreverbuy.en.alibaba.com | Xiamen Xinheng Baihui Industry And Trade Co., Ltd. |
| 11 | fs-mkd.en.alibaba.com | Foshan Mankoda Import & Export Co., Ltd |
| 12 | gdlsl.en.alibaba.com | Foshan Old Jewelry Wolf Jewelry Factory |
| 13 | guolishangmao.en.alibaba.com | Fujian Quanzhou Guoli Trading Co., Ltd |
| 14 | hanyida.en.alibaba.com | Xiamen Hanyida Trading Company Limited |
| 15 | hongfusen.en.alibaba.com | Shishi City Hong Fu Sen Accessories Factory |
| 16 | hongricn.en.alibaba.com | Yiwu Hongri Import & Export Co., Ltd |
| 17 | hongya1.en.alibaba.com | Quanzhou Redyaa Trading Co., Ltd. |
| 18 | hongyinsport.en.alibaba.com | Quanzhou Hongyin Sports Goods Technology Co., Ltd. |
| 19 | hzyule.en.alibaba.com | Hangzhou Yule Import And Export Co., Ltd. |
| 20 | icecasehk.en.alibaba.com | Shenzhen Chuangfeifan Technology Co., Ltd. |
| 21 | innoelectronic.en.alibaba.com | Shenzhen Inno Electronic Co., Ltd. |
| 22 | intre.en.alibaba.com | Dongguan Intresting Trading Co., Ltd. |
| 23 | ipeak.en.alibaba.com | Shenzhen Ai Fei Fan Electronic Technology Co., Ltd. |
| 24 | ixiezhi.en.alibaba.com | Quanzhou Fan Keli Trading Co., Ltd. |
| 25 | jccmy.en.alibaba.com | Fuzhou Jingchengcheng Trade Co., Ltd |
| 26 | jjhongtu.en.alibaba.com | Jinjiang Hongtu Network Technology Co., Ltd. |
| 27 | jsswg.en.alibaba.com | Jiangsu Siweige Gift Co., Ltd |
| 28 | junxinyy.en.alibaba.com | Shishi Junxin Yuanyi Trading Co., Ltd. |
| 29 | jzlytextile.en.alibaba.com | Jiaozuo Liyuan Trading Co., Ltd |
| 30 | keyorganizer.en.alibaba.com | Fujian Shishi Ulikee Trading Co., Ltd |
| 31 | lanhao88.en.alibaba.com | Dongguan Lanhao Electronic Technology Co., Ltd |

| 32 | lttextile.en.alibaba.com | Shishi Jiatian Garment Accessories Co., Ltd. |
|---|---|---|
| 33 | lunze.en.alibaba.com | Shishi Lunze Accessories Factory |
| 34 | luobeier.en.alibaba.com | Suzhou Nobel Information Technology Co., Ltd |
| 35 | messiavip.en.alibaba.com | Foshan Messia Import & Export Co., Ltd. |
| 36 | nikelly.en.alibaba.com | Yohas (chengdu) Trading Co., Ltd. |
| 37 | olelon.en.alibaba.com | Fuzhou Oulilang Trading Co., Ltd |
| 38 | outdoorguides.en.alibaba.com | Xiamen Oriental Zhidao Culture Technology Co., Ltd. |
| 39 | outlethomeivp.en.alibaba.com | Longkou Donglai Pingde Electronic Commerce Service Center |
| 40 | pufa666.en.alibaba.com | Quanzhou Pufa Trading Co., Ltd |
| 41 | qhgifts.en.alibaba.com | Zhongshan OneGift Co., Ltd |
| 42 | qzjssm.en.alibaba.com | Quanzhou Jiesheng Trading Co., Ltd. |
| 43 | qzjsxx.en.alibaba.com | Quanzhou Jianshi Information Technology Co., Ltd. |
| 44 | qzshanmao.en.alibaba.com | Quanzhou Shanmao Trade Co., Ltd |
| 45 | qzyy8006.en.alibaba.com | Quanzhou Quangang District Yi Yue Clothing Store |
| 46 | sdsealant.en.alibaba.com | Longkou Tengyu Trade Co., Ltd |
| 47 | shengbaomy.en.alibaba.com | Quanzhou Shengbao Network Technology Co., Ltd. |
| 48 | sihengxiehang.en.alibaba.com | Licheng District Siheng Shoes Firm |
| 49 | situfashion.en.alibaba.com | Xiamen Situ Crafts Co., Ltd. |
| 50 | szfshow.en.alibaba.com | Shenzhen F-Show Technology Co., Ltd. |
| 51 | szguanglan.en.alibaba.com | Guanglan Technology (shenzhen) Co., Ltd. |
| 52 | szminjing.en.alibaba.com | Shenzhen Minjing Technology Co., Ltd. |
| 53 | threeants1994.en.alibaba.com | Shenzhen Tres hormigas Industrail Co., Ltd |
| 54 | tyconn.en.alibaba.com | Shanghai Tyconn International Trade Co., Ltd. |
| 55 | vilocy.en.alibaba.com | Quanzhou Zhongyu Footwear Co., Ltd. |
| 56 | worldwinshoe.en.alibaba.com | Quanzhou World-Win Import And Export Trade Co., Ltd. |
| 57 | wzfancyonline.en.alibaba.com | Wenzhou Fancy Import And Export Co., Ltd. |
| 58 | xinbaixiang.en.alibaba.com | Shenzhen Xbx Crafts Co., Ltd |
| 59 | xingguangdiandian.en.alibaba.com | Shenzhen Xingguang Diandian Industrial Co., Ltd. |
| 60 | xinhangtong.en.alibaba.com | Shenzhen Xin Hang Tong Electronics Co., Ltd. |
| 61 | xiongyuebeads.en.alibaba.com | Pujiang County Xiongyue Crystal Jewelry Co., Ltd |
| 62 | xiyu-vip.en.alibaba.com | Shenzhen Xiyu Electronic Commerce Co., Ltd. |
| 63 | xlanbo.en.alibaba.com | Shenzhen Xinlanbo Electronic Co., Ltd. |
| 64 | xmllz.en.alibaba.com | Xiamen Lianlizhi International Trade Co., Ltd. |
| 65 | xmxinhu.en.alibaba.com | Xiamen Xinhu Trade Company Limited |
| 66 | xmyouguang.en.alibaba.com | Xiamen Youguang Technology Co., Ltd. |
| 67 | xuete1.en.alibaba.com | Quanzhou Xuete Electronic Commerce Co., Ltd. |
| 68 | xxwy.en.alibaba.com | Fuzhou Xiangxing Textile Co., Ltd |
| 69 | yiwucuda2020.en.alibaba.com | Yiwu Cuda Import And Export Co., Ltd |

| | | |
|---|---|---|
| 70 | ymdigital.en.alibaba.com | Chengdu Yumeng Technology Co., Ltd. |
| 71 | yunmeisz.en.alibaba.com | Shenzhen Yunmei Industrial Co., Ltd |
| 72 | ywlanyard.en.alibaba.com | Yiwu Xiangxing Weiye Industry And Trade Co., Ltd |
| 73 | zhouhangkeji.en.alibaba.com | Changsha Zhouhang Technology Co., Ltd. |
| 74 | zkzc.en.alibaba.com | Shenzhen Zhongcheng Huaye Technology Co., Ltd. |
| 75 | zohosilicone.en.alibaba.com | Shenzhen Zoho Silicone Products Co., Ltd. |
| 76 | aliexpress.com/store/3124027 | The lgFashion Tribe Store |
| 77 | aliexpress.com/store/3507018 | SShe's Girl Jewelries Store |
| 78 | aliexpress.com/store/4390026 | Shop4390026 Store |
| 79 | aliexpress.com/store/4545006 | Tao Le Store |
| 80 | aliexpress.com/store/4607007 | Wenlinhengshengjiu Trading Co., Ltd. Store |
| 81 | aliexpress.com/store/5069229 | Shop5069229 Store |
| 82 | aliexpress.com/store/5485237 | Shop5485237 Store |
| 83 | aliexpress.com/store/5526075 | Shop5526075 Store |
| 84 | aliexpress.com/store/5670005 | YiTing03 Store |
| 85 | aliexpress.com/store/5730326 | Shop5730326 Store |
| 86 | aliexpress.com/store/5838208 | Shop5838208 Store |
| 87 | aliexpress.com/store/900246011 | ZT Sporting Store |
| 88 | aliexpress.com/store/910318302 | Shop910318302 Store |
| 89 | aliexpress.com/store/910332064 | Shop910332064 Store |
| 90 | aliexpress.com/store/910333353 | ZIPMAGICZM Store |
| 91 | aliexpress.com/store/910347186 | WenLing linqi Trading Co., Ltd Store |
| 92 | aliexpress.com/store/910360179 | PRETTYFITTING Store |
| 93 | aliexpress.com/store/910437114 | Xiaoluo Store |
| 94 | aliexpress.com/store/910568352 | Shop910568352 Store |
| 95 | aliexpress.com/store/910789044 | Shop910789044 Store |
| 96 | aliexpress.com/store/910801008 | Shop910801008 Store |
| 97 | aliexpress.com/store/910838022 | Shop910838022 Store |
| 98 | aliexpress.com/store/911045251 | banzn Store |
| 99 | aliexpress.com/store/911056189 | Semir-Jeans Store |
| 100 | aliexpress.com/store/911112226 | Shop911112226 Store |
| 101 | aliexpress.com/store/911324056 | Shop911324056 Store |
| 102 | aliexpress.com/store/911412620 | zhexuan Store |
| 103 | aliexpress.com/store/911610551 | Shop911610551 Store |
| 104 | aliexpress.com/store/911611105 | Shop911611105 Store |
| 105 | aliexpress.com/store/911613724 | Black beetle Store |
| 106 | aliexpress.com/store/911754242 | Haomai Men's Store |
| 107 | aliexpress.com/store/911772879 | ROOSTER Store |
| 108 | aliexpress.com/store/911776037 | There is a shoe store Store |
| 109 | aliexpress.com/store/911784844 | HongSheng-666 Store |
| 110 | aliexpress.com/store/911789832 | shunshun888 Store |
| 111 | aliexpress.com/store/911797161 | yanglixiaodian Store |
| 112 | aliexpress.com/store/911798795 | xiyangyang888 Store |

| 113 | aliexpress.com/store/911798869 | yaya888 Store |
|-----|-------------------------------|---------------|
| 114 | aliexpress.com/store/911799974 | zhumin8888 Store |
| 115 | aliexpress.com/store/911835569 | QY Maternal and child supplies Store |
| 116 | aliexpress.com/store/911853013 | RANMO MYR Store |
| 117 | aliexpress.com/store/911874536 | Worston Goodies Store |
| 118 | aliexpress.com/store/911891003 | Mr. Wu's Men's Shop Store |
| 119 | aliexpress.com/store/911891150 | YUANYAUN Store |
| 120 | aliexpress.com/store/911893069 | Your good life518 Store |
| 121 | aliexpress.com/store/911915042 | weiyimeihuo Store |
| 122 | aliexpress.com/store/911931775 | KEER 91 Store |
| 123 | aliexpress.com/store/911934834 | Nuclear Changshun Store |
| 124 | aliexpress.com/store/911935206 | ZHUISHU CC Store |
| 125 | aliexpress.com/store/911938341 | Children's Manufacturer Shops Store |
| 126 | aliexpress.com/store/911943046 | Wuhu Store |
| 127 | aliexpress.com/store/911972082 | MorrowindBeautiful clothes Store |
| 128 | aliexpress.com/store/912026217 | zkukukukukukukukukuku Store |
| 129 | aliexpress.com/store/912026477 | zangmei Store |
| 130 | aliexpress.com/store/912027083 | yiwan Store |
| 131 | aliexpress.com/store/912029377 | Children's casual Store |
| 132 | aliexpress.com/store/912031094 | RANMO SHOE Drop Shipping Factory Direct Store |
| 133 | aliexpress.com/store/912058392 | Wuhu01 Store |
| 134 | aliexpress.com/store/912062105 | Hachi Store |
| 135 | aliexpress.com/store/912063223 | chengCliJ Store |
| 136 | aliexpress.com/store/912063810 | Tabos Store |
| 137 | aliexpress.com/store/912064763 | Sister shoe store Store |
| 138 | aliexpress.com/store/912067818 | heyuan02 Store |
| 139 | aliexpress.com/store/912069862 | yueluoxm Store |
| 140 | aliexpress.com/store/912070357 | ruoli520 Store |
| 141 | aliexpress.com/store/912071651 | LITING888 Store |
| 142 | aliexpress.com/store/912114064 | tianzhong Store |
| 143 | aliexpress.com/store/912119032 | M-OOF Dropshipping Store |
| 144 | aliexpress.com/store/912125076 | Animalpack 2021 Store |
| 145 | aliexpress.com/store/912131075 | Tweiven Store |
| 146 | aliexpress.com/store/912133251 | skaytsk Store |
| 147 | aliexpress.com/store/912133274 | Shop91588 Store |
| 148 | aliexpress.com/store/912147167 | shuaishan666 Store |
| 149 | aliexpress.com/store/912152415 | Sapatos da moda Store |
| 150 | aliexpress.com/store/912153328 | LI DEXIN123 Store |
| 151 | aliexpress.com/store/912153515 | daiqide Store |
| 152 | aliexpress.com/store/912159066 | 2498736542 Store |
| 153 | aliexpress.com/store/912166291 | The men's 888 Mr Store |
| 154 | aliexpress.com/store/912168415 | WX15279320446 Store |
| 155 | aliexpress.com/store/912170387 | MacDehao8888 Store |

| 156 | aliexpress.com/store/912173284 | hwk2645 Store |
|---|---|---|
| 157 | aliexpress.com/store/912174654 | uiuiuip Store |
| 158 | aliexpress.com/store/912175686 | Fenghe Wanli 0326 Store |
| 159 | aliexpress.com/store/912175858 | mmmmmmmmmmmmmmmmmm Store |
| 160 | aliexpress.com/store/912179586 | 8F8F8F88F8F888 Store |
| 161 | aliexpress.com/store/912180279 | wesdsds Store |
| 162 | aliexpress.com/store/912180352 | LUOYI N01 Store |
| 163 | aliexpress.com/store/912181169 | LYJ889988 Store |
| 164 | aliexpress.com/store/912183357 | SDYHFJ456746 Store |
| 165 | aliexpress.com/store/912183366 | 990618 Store |
| 166 | aliexpress.com/store/912186952 | Men women T-shirt Store |
| 167 | aliexpress.com/store/912203084 | Shop 912203084 Store |
| 168 | aliexpress.com/store/912214173 | Dysdqgv654 Store |
| 169 | aliexpress.com/store/912214323 | muxiyuexi Store |
| 170 | aliexpress.com/store/912217412 | yang88 Store |
| 171 | aliexpress.com/store/912219064 | Exotic store Store |
| 172 | aliexpress.com/store/912219252 | Heer Store |
| 173 | aliexpress.com/store/912219374 | Yolemei Store |
| 174 | aliexpress.com/store/912221143 | yujan8888888888888888888888 Store |
| 175 | aliexpress.com/store/912226272 | OOXR Store |
| 176 | aliexpress.com/store/912229356 | Asdf Store |
| 177 | aliexpress.com/store/912240009 | Lao Shen Store |
| 178 | aliexpress.com/store/912242001 | ZZ clothes Store |
| 179 | aliexpress.com/store/912242450 | yang1632 Store |
| 180 | aliexpress.com/store/912247206 | zhanghui5874 Store |
| 181 | aliexpress.com/store/912249069 | azmnnnbyy Store |
| 182 | aliexpress.com/store/912254244 | weijun 001 Store |
| 183 | aliexpress.com/store/912256110 | zhanghuiioasjdo Store |
| 184 | aliexpress.com/store/912257367 | AS11 Store |
| 185 | aliexpress.com/store/912258818 | New store opening bargain Store |
| 186 | aliexpress.com/store/912259345 | Lazy donkey clothes Store |
| 187 | aliexpress.com/store/912259678 | Mr. Zeng 002 Store |
| 188 | aliexpress.com/store/912261917 | kids Imitation Store |
| 189 | aliexpress.com/store/912262605 | 67899876mm Store |
| 190 | aliexpress.com/store/912262933 | Male fire Store |
| 191 | aliexpress.com/store/912263218 | 9521 sportswear Store |
| 192 | aliexpress.com/store/912263235 | SHIYIKU Store |
| 193 | aliexpress.com/store/912264358 | The men's 999 Mr Store Store |
| 194 | aliexpress.com/store/912264414 | gfd898654563 Store |
| 195 | aliexpress.com/store/912264476 | fubin168 Store |
| 196 | aliexpress.com/store/912265117 | yangyang Specialty store Store |
| 197 | aliexpress.com/store/912265771 | WJ28 Store |
| 198 | aliexpress.com/store/912269164 | Yipinhui Store |

| 199 | aliexpress.com/store/912269254 | NJKE Store |
| 200 | aliexpress.com/store/912270889 | nandaojiuzheyangle Store |
| 201 | aliexpress.com/store/912271868 | European wardrobe Store |
| 202 | aliexpress.com/store/912296081 | 453181 Store |
| 203 | aliexpress.com/store/912313093 | Where's Hu 666ihu ihui Store |
| 204 | aliexpress.com/store/912318417 | yun88866 Store |
| 205 | aliexpress.com/store/912327172 | ziyoukongjian Store |
| 206 | aliexpress.com/store/912340285 | zhanghui02164 Store |
| 207 | aliexpress.com/store/912341862 | yafen2580 Store |
| 208 | aliexpress.com/store/912342284 | Orchidlay Store |
| 209 | aliexpress.com/store/912349194 | Men's fashionable 1958 Store |
| 210 | aliexpress.com/store/912349244 | Xiao Yang Baby Animation Shop Store |
| 211 | aliexpress.com/store/912351601 | 788999 Store |